| Vendor | Date | Description | Expense Type | Account | Amount |
|---|---|---|---|---|---|
| Hudson | 01/06/2014 | CHECKCARD 0104 HUDSON AMSCYS PHO PHOENIX AZ 55432864005000204037192 CKCD 5994 5348750000215277 | Books & Journals | Business Advantage Chk (6001) | 31.39 |
| Jones McClure | 09/22/2015 | CHECKCARD 0921 JONES MCCLURE PUB 713335820( | Books & Journals | Business Advantage Chk (6001) | $ 227.33 |
| Arlinda Rodriguez | 09/03/2015 1372 | transcripts Perry's Austin | Contract Labor | Business Advantage Chk (6001) | $ 419.65 |
| IXL Learning | 01/14/2014 | CHECKCARD 0113 IXL LEARNING SAN MATEO CA 25247704014005492466495 RECURRING CKCD 5734 53487500002... | Contract Labor | Business Advantage Chk (6001) | 15.95 |
| Arthur Hernandez Consulting | 06/06/2014 | computer | Contract Labor | Business Advantage Chk (6001) | 257.09 |
| Continental Court Reporter | 09/09/2014 | 150445 | Contract Labor | Business Advantage Chk (6001) | 780.00 |
| Heather Hall | 10/15/2014 | transcription Del's Diner | Contract Labor | Business Advantage Chk (6001) | 77.60 |
| Chris Daniels | 11/12/2014 | joselevitz | Contract Labor | Business Advantage Chk (6001) | 250.00 |
| Proactive Legal | 12/01/2015 | Memo:CHECKCARD 1201 IN *PROACTIVE LEG 832-20! | Contract Labor | Business Advantage Chk (6001) | $ 425.70 |
| Continental Court Reporter | 11/02/2015 | Memo:CHECKCARD 1103 CONTINENTAL COURT 0713 | Contract Labor | Business Advantage Chk (6001) | $ 5,995.60 |
| Arlinda Rodriguez | 09/03/2015 1372 | transcripts Perry's Austin | Contract Labor | Business Advantage Chk (6001) | $ 419.65 |
| Arlinda Rodriguez | 05/14/2018 | transcripts Perry's Austin | Contract Labor | Chase Business Checking - 0029 | 588.00 |
| Arthur Hernandez | 02/26/2018 | transcripts Perry's Austin | Contract Labor | Chase Business Checking - 0029 | 1,182.63 |
| Arthur Hernandez | 04/03/2018 | transcripts Perry's Austin | Contract Labor | Chase Business Checking - 0029 | 617.03 |
| Arthur Hernandez | 10/11/2018 | transcripts Perry's Austin | Contract Labor | Chase Business Checking - 0029 | 2,173.12 |
| Taylor J Jones | 09/11/2018 | transcripts Perry's Austin | Contract Labor | Chase Business Checking - 0029 | 3,818.09 |
| Taylor J Jones | 10/18/2018 | transcripts Perry's Austin | Contract Labor | Chase Business Checking - 0029 | 81.05 |
| DPS Crime Records | 10/01/2015 | CHECKCARD 0930 TXDPS CRIME RECS AUSTIN TX 25536065274101025575463 CKCD 9399 5348750070117916 | Dues & Subscriptions | Business Advantage Chk (6001) | $ 3.32 |
| DPS Crime Records | 10/08/2015 | CHECKCARD 0930 TXDPS CRIME RECS AUSTIN TX 25536065274101025575117 CKCD 9399 5348750070117916 | Dues & Subscriptions | Business Advantage Chk (6001) | $ 3.32 |
| Thompson Retuers | 12/28/2015 1435 | Invoices: 832954930 and 833147429 | Dues & Subscriptions | Business Advantage Chk (6001) | $ 100.00 |
| Efile | 09/19/2014 | CHECKCARD 0918 TXEFILE*002532076 713-755-7300 TX 55432864261000495276102 CKCD 9211 5348750070002712 | Filing Fees | Business Advantage Chk (6001) | 50.00 |
| Efile | 09/29/2015 | | Filing Fees | Business Advantage Chk (6001) | $ 10.49 |
| County Clerk | 08/28/2015 | CHECKCARD 0827 CNTYCL 800-7452659 TX 75456675 | Filing Fees | Business Advantage Chk (6001) | 2.08 |
| US District Court | 05/19/2015 | CHECKCARD 0518 COURTS/USDC-GA-S- 912-650-403 | Filing Fees | Business Advantage Chk (6001) | 505.00 |
| Efile | 11/03/2016 | | Filing Fees | Chase Business Checking - 0029 | $ 2.00 |
| Efile | 11/03/2016 | | Filing Fees | Chase Business Checking - 0029 | $ 0.06 |
| Efile | 11/10/2016 | | Filing Fees | Chase Business Checking - 0029 | $ 2.00 |
| Efile | 11/10/2016 | | Filing Fees | Chase Business Checking - 0029 | $ 0.06 |
| Efile | 11/11/2016 | | Filing Fees | Chase Business Checking - 0029 | $ 0.06 |
| Efile | 11/11/2016 | | Filing Fees | Chase Business Checking - 0029 | $ 2.00 |
| Efile | 11/16/2016 | | Filing Fees | Chase Business Checking - 0029 | $ 2.00 |
| Efile | 11/16/2016 | | Filing Fees | Chase Business Checking - 0029 | $ 0.06 |
| Efile | 11/17/2016 | | Filing Fees | Chase Business Checking - 0029 | $ 2.00 |
| Efile | 11/17/2016 | | Filing Fees | Chase Business Checking - 0029 | $ 0.06 |
| Efile | 11/18/2016 | | Filing Fees | Chase Business Checking - 0029 | $ 1.03 |
| Efile | 11/21/2016 | | Filing Fees | Chase Business Checking - 0029 | $ 2.00 |
| Efile | 11/21/2016 | | Filing Fees | Chase Business Checking - 0029 | $ 0.06 |
| Efile | 11/30/2016 | | Filing Fees | Chase Business Checking - 0029 | $ 2.00 |
| Efile | 11/30/2016 | | Filing Fees | Chase Business Checking - 0029 | $ 0.06 |
| Royal Blue Grocer | 07/22/2015 | CHECKCARD 0720 ROYAL BLUE GROCER AUSTIN TX 85309615202701516346304 CKCD 5499 5348750070117916 | Marketing | Business Advantage Chk (6001) | $ 11.72 |
| Double Tree Hotel | 06/16/2014 | CHECKCARD 0612 DOUBLETREE 15TH S AUSTIN TX 55180134164050200083681 CKCD 5812 5348750070001763 | Meals and Entertainment | Business Advantage Chk (6001) | 76.03 |
| Hilton Hotels | 10/20/2014 | CHECKCARD 1018 HILTON HOTEL AUST AUSTIN TX MD CKCD 3504 5348750070002712 | Meals and Entertainment | Business Advantage Chk (6001) | 240.35 |
| Sullivan's | 01/14/2015 | CHECKCARD 0113 SULLIVANS #8501 AUSTIN TX 55310205014200790900579 CKCD 5812 5348750000770115 | Meals and Entertainment | Business Advantage Chk (6001) | $ 81.66 |
| Roaring Fork | 01/14/2015 | CHECKCARD 0113 ROARING FORK- AUS AUSTIN TX 25536065015101010161307 CKCD 5812 5348750000770115 | Meals and Entertainment | Business Advantage Chk (6001) | $ 34.86 |
| Second Street Market | 04/24/2015 | CHECKCARD 0423 SECOND STREET MAR AUSTIN TX 25247805113001590509059 CKCD 5499 5348750001226604 | Meals and Entertainment | Business Advantage Chk (6001) | $ 19.56 |
| Cedar Door | 04/24/2015 | CHECKCARD 0423 CEDAR DOOR AUSTIN TX 55432865114000002338581 CKCD 5812 5348750001226604 | Meals and Entertainment | Business Advantage Chk (6001) | $ 60.00 |
| Fado Pub | 05/11/2015 | CHECKCARD 0507 FADO AUSTIN LLC AUSTIN TX 05436845128100078314065 CKCD 5812 5348750001226604 | Meals and Entertainment | Business Advantage Chk (6001) | $ 47.35 |
| Sullivan's | 05/12/2015 | CHECKCARD 0511 SULLIVANS #8501 AUSTIN TX 55310205132200790000435 CKCD 5812 5348750001226604 | Meals and Entertainment | Business Advantage Chk (6001) | $ 130.00 |
| Sullivan's | 07/21/2015 | CHECKCARD 0720 SULLIVANS #8501 AUSTIN TX 55310205202200790000455 CKCD 5812 5348750070117916 | Meals and Entertainment | Business Advantage Chk (6001) | $ 102.06 |

| Vendor | Date | Description | Category | Account | Amount |
|---|---|---|---|---|---|
| Roaring Fork | 08/14/2015 | CHECKCARD 0812 ROARING FORK- AUS AUSTIN TX 25536065226101012557952 CKCD 5812 5348750001226604 | Meals and Entertainment | Business Advantage Chk (6001) | $ 33.00 |
| Double Tree Hotel | 05/09/2016 | CHECKCARD 0503 DOUBLETREE AUSTIN AUSTIN TX 55180136128050200039519 CKCD 5812 5348750002092419 | Meals and Entertainment | Business Advantage Chk (6001) | $ 35.23 |
| Double Tree Hotel | 05/09/2016 | CHECKCARD 0503 DOUBLETREE AUSTIN AUSTIN TX 55180136128050200039493 CKCD 5812 5348750002092419 | Meals and Entertainment | Business Advantage Chk (6001) | $ 126.87 |
| Austin Airport | 05/19/2016 | CHECKCARD 0518 AUSTIN AIRPORT-F& AUSTIN TX 55310206140400803000392 CKCD 5814 5348750002092419 | Meals and Entertainment | Business Advantage Chk (6001) | $ 15.60 |
| Roaring Fork | 05/20/2016 | CHECKCARD 0518 ROARING FORK- AUS AUSTIN TX 25536066141101009097194 CKCD 5812 5348750002092419 | Meals and Entertainment | Business Advantage Chk (6001) | $ 10.66 |
| Roaring Fork | 05/20/2016 | CHECKCARD 0518 ROARING FORK- AUS AUSTIN TX 25536066141101009097020 CKCD 5812 5348750002092419 | Meals and Entertainment | Business Advantage Chk (6001) | $ 50.00 |
| Capital Grill | 05/20/2016 | CHECKCARD 0518 CAPITAL GRILLE000 AUSTIN TX 15410196140584487740005 CKCD 5812 5348750002092419 | Meals and Entertainment | Business Advantage Chk (6001) | $ 13.00 |
| Sullivan's | 05/12/2015 | CHECKCARD 0511 SULLIVANS #8501 AUSTIN TX 5531 | Meals and Entertainment | Business Advantage Chk (6001) | 130.00 |
| Fado Pub | 05/11/2015 | CHECKCARD 0507 FADO AUSTIN LLC AUSTIN TX 054 | Meals and Entertainment | Business Advantage Chk (6001) | 47.35 |
| Second Street Market | 04/24/2015 | CHECKCARD 0423 SECOND STREET MAR AUSTIN TX | Meals and Entertainment | Business Advantage Chk (6001) | 19.56 |
| Cedar Door | 04/24/2015 | CHECKCARD 0423 CEDAR DOOR AUSTIN TX 5543286 | Meals and Entertainment | Business Advantage Chk (6001) | 60.00 |
| Roaring Fork | 01/14/2015 | CHECKCARD 0113 ROARING FORK- AUS AUSTIN TX 2 | Meals and Entertainment | Business Advantage Chk (6001) | 34.86 |
| Hotel Icon | 01/15/2015 | CHECKCARD 0113 HOTEL ICON 07132233223 TX 5526 | Meals and Entertainment | Business Advantage Chk (6001) | 186.03 |
| Hotel Icon | 01/20/2015 | CHECKCARD 0117 HOTEL ICON 07132233223 TX 5526 | Meals and Entertainment | Business Advantage Chk (6001) | 234.91 |
| Gateway News | 05/08/2015 | CHECKCARD 0507 DNC Travel - AUST AUSTIN TX 25536065128104016484271 CKCD 5814 5348750001226604 | Office Expenses | Business Advantage Chk (6001) | $ 19.33 |
| Halcyon Coffee | 05/13/2015 | CHECKCARD 0511 HALCYON COFFEE BA AUSTIN TX 85306515132900019301317 CKCD 5812 5348750001226604 | Office Expenses | Business Advantage Chk (6001) | $ 15.60 |
| AT Executive | 05/13/2015 | CHECKCARD 0512 AT T EXECUTIVE131 AUSTIN TX 15410195133937340937427 CKCD 5812 5348750001226604 | Office Expenses | Business Advantage Chk (6001) | $ 19.20 |
| Gateway News | 05/14/2015 | CHECKCARD 0513 DNC Travel - AUST AUSTIN TX 25536065134104015146378 CKCD 5814 5348750001226604 | Office Expenses | Business Advantage Chk (6001) | $ 33.90 |
| AT Executive | 05/14/2015 | CHECKCARD 0512 AT T EXECUTIVE131 AUSTIN TX 15410195133937340937476 CKCD 5812 5348750001226604 | Office Expenses | Business Advantage Chk (6001) | $ 49.20 |
| Crest Printing | 11/03/2015 | Memo:CHECKCARD 1103 CREST PRNTNG INCO HOU | Office Expenses | Business Advantage Chk (6001) | $ 83.90 |
| Crest Printing | 08/06/2015 | CHECKCARD 0805 CREST PRNTNG INCO HOUSTON | Office Expenses | Business Advantage Chk (6001) | 358.29 |
| Crest Printing | 08/20/2015 | CHECKCARD 0819 CREST PRNTNG INCO HOUSTON | Office Expenses | Business Advantage Chk (6001) | 368.14 |
| Gateway News | 05/08/2015 | CHECKCARD 0507 DNC Travel - AUST AUSTIN TX 255 | Office Expenses | Business Advantage Chk (6001) | 19.33 |
| Gateway News | 05/14/2015 | CHECKCARD 0513 DNC Travel - AUST AUSTIN TX 255 | Office Expenses | Business Advantage Chk (6001) | 33.90 |
| Gateway News | 02/17/2015 | CHECKCARD 0213 SQ *GATEWAY NEWST Houston T) | Office Expenses | Business Advantage Chk (6001) | 5.50 |
| Gateway News | 02/17/2015 | CHECKCARD 0216 SQ *GATEWAY NEWST Houston T) | Office Expenses | Business Advantage Chk (6001) | 5.21 |
| Gateway News | 02/24/2015 | CHECKCARD 0223 SQ *GATEWAY NEWST Houston T) | Office Expenses | Business Advantage Chk (6001) | 7.12 |
| Parking | 07/21/2015 | CHECKCARD 0720 AUSTIN PARKING ME AUSTIN TX 55432865202000897693879 CKCD 7523 5348750070117916 | Parking | Business Advantage Chk (6001) | $ 2.70 |
| Parking | 07/21/2015 | CHECKCARD 0720 AUSTIN PARKING ME AUSTIN TX 55432865202000897679829 CKCD 7523 5348750070117916 | Parking | Business Advantage Chk (6001) | $ 3.00 |
| Parking | 08/13/2015 | CHECKCARD 0812 AUSTIN PARKING ME AUSTIN TX 55432865225000038698616 CKCD 7523 5348750001226604 | Parking | Business Advantage Chk (6001) | $ 3.00 |
| Parking | 06/03/2016 | CHECKCARD 0602 LAZ PARKING 12033 AUSTIN TX 55546506155006766608617 CKCD 7523 5348750002076818 | Parking | Business Advantage Chk (6001) | $ 10.00 |
| FedEx | 10/23/2017 | Credit Card at Chase Web Downl | Postage & Delivery | | $ 106.50 |
| USPS | 01/21/2014 | USPS 486891158 01/21 #000000014 PURCHASE 2700 CULLEN BLVD PEARLAND TX CKCD 9402 5348750000215277 | Postage & Delivery | Business Advantage Chk (6001) | 23.28 |
| USPS | 01/22/2014 | CHECKCARD 0121 USPS PO BOXES 661 WASHINGTON DC 05410194021418011511485 CKCD 9402 5348750000215277 | Postage & Delivery | Business Advantage Chk (6001) | 44.00 |
| USPS | 09/18/2014 | USPS 486891158 09/18 #000001955 PURCHASE USPS 4868911584 PEARLAND TX CKCD 9402 5348750070002712 | Postage & Delivery | Business Advantage Chk (6001) | 16.95 |
| PBP | 09/25/2014 | PBP Acct DES:PBP ACCT ID:=9649754 INDN:Steele Law Group CO ID:4060946476 CCD | Postage & Delivery | Business Advantage Chk (6001) | 344.76 |
| PBP | 09/26/2014 | PITNEY BOWES INC DES:PB PYMT ID:=9649755 INDN:Steele Law Group CO ID:9010567002 CCD | Postage & Delivery | Business Advantage Chk (6001) | 73.57 |
| USPS | 09/30/2014 | USPS 480180001 09/30 #000003658 PURCHASE USPS 4801800010 HOUSTON TX CKCD 9402 5348750070002712 | Postage & Delivery | Business Advantage Chk (6001) | 19.99 |
| Pitney Bowes | 10/30/2014 | CHECKCARD 1030 PITNEY BOWES PI 800-243-7824 CT MD CKCD 5111 5348750070002712 | Postage & Delivery | Business Advantage Chk (6001) | 80.08 |
| USPS | 12/18/2014 | USPS 486891158 12/18 #000001890 PURCHASE USPS 4868911584 PEARLAND TX CKCD 9402 5348750070002712 | Postage & Delivery | Business Advantage Chk (6001) | 19.60 |
| UPS | 12/21/2015 | CHECKCARD 1219 PP*ZETAUPSILON HOUSTON TX 5 | Postage & Delivery | Business Advantage Chk (6001) | $ 45.00 |

| Vendor | Date | Memo | Category | Account | Amount |
|---|---|---|---|---|---|
| USPS | 12/01/2015 | Memo:CHECKCARD 1130 USPS POSTAGE STAM WAS | Postage & Delivery | Business Advantage Chk (6001) | $ 100.00 |
| USPS | 12/23/2015 | CHECKCARD 1222 USPS POSTAGE STAM WASHING1 | Postage & Delivery | Business Advantage Chk (6001) | $ 100.00 |
| Stamps.com | 12/01/2015 | Memo:CHECKCARD 1201 STAMPS.COM 855-608-2677 | Postage & Delivery | Business Advantage Chk (6001) | $ 135.29 |
| Stamps.com | 12/24/2015 | CHECKCARD 1223 STAMPS.COM 855-608-2677 CA 55 | Postage & Delivery | Business Advantage Chk (6001) | $ 15.99 |
| Pitney Bowes | 10/09/2015 | PBP Acct DES:PBP ACCT ID:=13395186 INDN:Steele La | Postage & Delivery | Business Advantage Chk (6001) | $ 369.44 |
| FedEx | 10/01/2015 | CHECKCARD 0930 FEDEX 406368264 MEMPHIS TN 15 | Postage & Delivery | Business Advantage Chk (6001) | $ 24.23 |
| FedEx | 10/05/2015 | CHECKCARD 1003 FEDEX 406638661 MEMPHIS TN 15 | Postage & Delivery | Business Advantage Chk (6001) | $ 24.77 |
| FedEx | 10/19/2015 | CHECKCARD 1017 FEDEX 407944427 MEMPHIS TN 15 | Postage & Delivery | Business Advantage Chk (6001) | $ 166.47 |
| FedEx | 10/29/2015 | CHECKCARD 1028 FEDEX 408993885 MEMPHIS TN 15 | Postage & Delivery | Business Advantage Chk (6001) | $ 511.25 |
| FedEx | 10/30/2015 | CHECKCARD 1029 FEDEX 409087405 MEMPHIS TN 15 | Postage & Delivery | Business Advantage Chk (6001) | $ 19.85 |
| UPS | 09/22/2015 | THE UPS STORE 09/22 #000784664 PURCHASE 10223 | Postage & Delivery | Business Advantage Chk (6001) | $ 28.47 |
| UPS | 09/23/2015 | CHECKCARD 0922 THE UPS STORE #47 KANSAS CIT | Postage & Delivery | Business Advantage Chk (6001) | $ 5.75 |
| UPS | 09/28/2015 | CHECKCARD 0925 THE UPS STORE 106 COLUMBIA M | Postage & Delivery | Business Advantage Chk (6001) | $ 6.58 |
| Hot Shot | 09/23/2015 | CHECKCARD 0922 HOT SHOT DELIVERY 7138695525 | Postage & Delivery | Business Advantage Chk (6001) | $ 21.90 |
| FedEx | 09/08/2015 | CHECKCARD 0904 FEDEX 403966377 MEMPHIS TN 15 | Postage & Delivery | Business Advantage Chk (6001) | $ 137.25 |
| FedEx | 09/16/2015 | CHECKCARD 0915 FEDEX 404975578 MEMPHIS TN 15 | Postage & Delivery | Business Advantage Chk (6001) | $ 15.09 |
| FedEx | 09/17/2015 | CHECKCARD 0916 FEDEX 405074575 MEMPHIS TN 15 | Postage & Delivery | Business Advantage Chk (6001) | $ 125.30 |
| FedEx | 09/21/2015 | CHECKCARD 0919 FEDEX 405332862 MEMPHIS TN 15 | Postage & Delivery | Business Advantage Chk (6001) | $ 87.62 |
| FedEx | 09/22/2015 | CHECKCARD 0921 FEDEXOFFICE 000 COLUMBIA MO | Postage & Delivery | Business Advantage Chk (6001) | $ 2.19 |
| FedEx | 09/28/2015 | CHECKCARD 0926 FEDEX 405977110 MEMPHIS TN 15 | Postage & Delivery | Business Advantage Chk (6001) | $ 32.65 |
| Pitney Bowes | 06/12/2015 | PITNEY BOWES DES:PITNEY3 ID:800090900849058 IN | Postage & Delivery | Business Advantage Chk (6001) | 680.42 |
| Pitney Bowes | 06/23/2015 | PITNEY BOWES DES:PITNEY3 ID:800090900849058 IN | Postage & Delivery | Business Advantage Chk (6001) | 60.00 |
| FedEx | 05/04/2015 | CHECKCARD 0502 FEDEX 492714354 MEMPHIS TN 15 | Postage & Delivery | Business Advantage Chk (6001) | 89.63 |
| FedEx | 05/18/2015 | CHECKCARD 0516 FEDEX 493892040 MEMPHIS TN 15 | Postage & Delivery | Business Advantage Chk (6001) | 61.89 |
| FedEx | 05/18/2015 | CHECKCARD 0516 FEDEX 494038604 MEMPHIS TN 15 | Postage & Delivery | Business Advantage Chk (6001) | 22.37 |
| FedEx | 05/20/2015 | CHECKCARD 0519 FEDEX 494342356 MEMPHIS TN 15 | Postage & Delivery | Business Advantage Chk (6001) | 23.70 |
| FedEx | 05/26/2015 | CHECKCARD 0523 FEDEX 494677452 MEMPHIS TN 15 | Postage & Delivery | Business Advantage Chk (6001) | 52.32 |
| Stamps.com | 12/08/2016 | | Postage & Delivery | Chase Business Checking - 0029 | $ 300.00 |
| Stamps.com | 12/12/2016 | | Postage & Delivery | Chase Business Checking - 0029 | $ 100.00 |
| Stamps.com | 12/15/2016 | | Postage & Delivery | Chase Business Checking - 0029 | $ 100.00 |
| Stamps.com | 12/23/2016 | | Postage & Delivery | Chase Business Checking - 0029 | $ 15.99 |
| Stamps.com | 11/23/2016 | | Postage & Delivery | Chase Business Checking - 0029 | $ 15.99 |
| FedEx | 11/02/2016 | | Postage & Delivery | Business Advantage Chk (6001) | $ 26.75 |
| FedEx | 11/07/2016 | | Postage & Delivery | Chase Business Checking - 0029 | $ 149.45 |
| FedEx | 11/10/2016 | | Postage & Delivery | Chase Business Checking - 0029 | $ 22.75 |
| FedEx | 11/23/2016 | | Postage & Delivery | Chase Business Checking - 0029 | $ 15.08 |
| FedEx | 11/30/2016 | | Postage & Delivery | Chase Business Checking - 0029 | $ 22.25 |
| FedEx | 10/03/2016 | | Postage & Delivery | Business Advantage Chk (6001) | $ 17.00 |
| FedEx | 10/06/2016 | | Postage & Delivery | Business Advantage Chk (6001) | $ 22.00 |
| FedEx | 10/19/2016 | | Postage & Delivery | Business Advantage Chk (6001) | $ 33.48 |
| USPS | 08/22/2016 | | Postage & Delivery | Business Advantage Chk (6001) | $ 50.00 |
| Hot Shot | 07/11/2016 | | Postage & Delivery | Business Advantage Chk (6001) | $ 14.55 |
| Hot Shot | 07/14/2016 | | Postage & Delivery | Business Advantage Chk (6001) | $ 70.59 |
| FedEx | 07/11/2016 | | Postage & Delivery | Business Advantage Chk (6001) | $ 15.25 |
| FedEx | 07/18/2016 | | Postage & Delivery | Business Advantage Chk (6001) | $ 360.47 |
| FedEx | 07/25/2016 | | Postage & Delivery | Business Advantage Chk (6001) | $ 4.32 |
| FedEx | 07/27/2016 | | Postage & Delivery | Business Advantage Chk (6001) | $ 27.30 |
| USPS | 11/13/2017 | | Postage & Delivery | Chase Business Checking - 0029 | 50.00 |
| USPS | 11/24/2017 | | Postage & Delivery | Chase Business Checking - 0029 | 50.00 |
| Hot Shot | 11/01/2017 | | Postage & Delivery | Chase Business Checking - 0029 | 27.05 |
| Stamps.com | 11/24/2017 | | Postage & Delivery | Chase Business Checking - 0029 | 15.99 |
| Stamps.com | 10/23/2017 | | Postage & Delivery | Chase Business Checking - 0029 | 15.99 |
| Hot Shot | 10/04/2017 | | Postage & Delivery | Chase Business Checking - 0029 | 32.26 |
| Stamps.com | 09/12/2017 | | Postage & Delivery | Chase Business Checking - 0029 | 100.00 |
| Stamps.com | 09/25/2017 | | Postage & Delivery | Chase Business Checking - 0029 | 15.99 |
| FedEx | 09/11/2017 | | Postage & Delivery | Chase Business Checking - 0029 | 82.25 |
| FedEx | 09/14/2017 | | Postage & Delivery | Chase Business Checking - 0029 | 16.03 |
| Stamps.com | 08/23/2017 | | Postage & Delivery | Chase Business Checking - 0029 | 15.99 |
| FedEx | 08/07/2017 | | Postage & Delivery | Chase Business Checking - 0029 | 8.50 |
| FedEx | 08/21/2017 | | Postage & Delivery | Chase Business Checking - 0029 | 34.50 |
| FedEx | 08/28/2017 | | Postage & Delivery | Chase Business Checking - 0029 | 45.50 |
| Hot Shot | 08/17/2017 | | Postage & Delivery | Chase Business Checking - 0029 | 54.90 |
| Stamps.com | 06/23/2017 | | Postage & Delivery | Chase Business Checking - 0029 | 15.99 |
| Stamps.com | 06/30/2017 | | Postage & Delivery | Chase Business Checking - 0029 | 50.00 |
| Stamps.com | 03/23/2017 | | Postage & Delivery | Chase Business Checking - 0029 | 15.99 |
| FedEx | 03/20/2017 | | Postage & Delivery | Chase Business Checking - 0029 | 18.15 |
| FedEx | 03/22/2017 | | Postage & Delivery | Chase Business Checking - 0029 | 20.87 |
| Stamps.com | 02/01/2017 | | Postage & Delivery | Chase Business Checking - 0029 | 200.00 |
| Stamps.com | 02/24/2017 | | Postage & Delivery | Chase Business Checking - 0029 | 15.99 |
| Hot Shot | 02/14/2017 | | Postage & Delivery | Chase Business Checking - 0029 | 16.96 |

| Payee | Date | Memo | Category | Account | Amount |
|---|---|---|---|---|---|
| Hot Shot | 02/17/2017 | | Postage & Delivery | Chase Business Checking - 0029 | 21.99 |
| FedEx | 02/02/2017 | | Postage & Delivery | Chase Business Checking - 0029 | 30.77 |
| FedEx | 02/06/2017 | | Postage & Delivery | Chase Business Checking - 0029 | 32.50 |
| FedEx | 02/13/2017 | | Postage & Delivery | Chase Business Checking - 0029 | 46.72 |
| Stamps.com | 01/06/2017 | | Postage & Delivery | Chase Business Checking - 0029 | 250.00 |
| Stamps.com | 01/23/2017 | | Postage & Delivery | Chase Business Checking - 0029 | 15.99 |
| FedEx | 01/03/2017 | | Postage & Delivery | Chase Business Checking - 0029 | 20.75 |
| FedEx | 01/10/2017 | | Postage & Delivery | Chase Business Checking - 0029 | 27.50 |
| FedEx | 01/11/2017 | | Postage & Delivery | Chase Business Checking - 0029 | 39.13 |
| Hot Shot | 01/12/2017 | | Postage & Delivery | Chase Business Checking - 0029 | 14.55 |
| Hot Shot | 01/18/2017 | | Postage & Delivery | Chase Business Checking - 0029 | |
| Hot Shot | 01/19/2017 | | Postage & Delivery | Chase Business Checking - 0029 | 14.55 |
| Hot Shot | 01/27/2017 | | Postage & Delivery | Chase Business Checking - 0029 | 24.42 |
| USPS | 03/13/2018 | | Postage and Delivery | Chase Business Checking - 0029 | 100.00 |
| USPS | 03/13/2018 | | Postage and Delivery | Chase Business Checking - 0029 | 100.00 |
| USPS | 04/06/2018 | | Postage and Delivery | Chase Business Checking - 0029 | 200.00 |
| USPS | 09/07/2018 | | Postage and Delivery | Chase Business Checking - 0029 | 25.00 |
| USPS | 09/07/2018 | | Postage and Delivery | Chase Business Checking - 0029 | 25.00 |
| USPS | 09/17/2018 | | Postage and Delivery | Chase Business Checking - 0029 | 25.00 |
| USPS | 09/21/2018 | | Postage and Delivery | Chase Business Checking - 0029 | 25.00 |
| USPS | 09/24/2018 | | Postage and Delivery | Chase Business Checking - 0029 | 10.00 |
| USPS | 10/10/2018 | | Postage and Delivery | Chase Business Checking - 0029 | 10.00 |
| USPS | 10/10/2018 | | Postage and Delivery | Chase Business Checking - 0029 | 9.25 |
| USPS | 10/15/2018 | | Postage and Delivery | Chase Business Checking - 0029 | 25.00 |
| USPS | 10/18/2018 | | Postage and Delivery | Chase Business Checking - 0029 | 50.00 |
| USPS | 11/14/2018 | | Postage and Delivery | Chase Business Checking - 0029 | 18.90 |
| CornerStone Documents | 08/04/2017 | | Printing & Reproduction | Chase Business Checking - 0029 | 1,048.13 |
| CornerStone Documents | 04/01/2017 | | Printing & Reproduction | Chase Business Checking - 0029 | 709.58 |
| Vista Print | 10/10/2017 | | Process | Chase Business Checking - 0029 | 80.93 |
| Vista Print | 10/10/2017 | | Process | Chase Business Checking - 0029 | 6.75 |
| Vista Print | 10/10/2017 | | Process | Chase Business Checking - 0029 | 6.75 |
| Vista Print | 10/10/2017 | | Process | Chase Business Checking - 0029 | 6.75 |
| Lone Star Delivery | 10/22/2018 | | Process Serving | Chase Business Checking - 0029 | 110.00 |
| Austin Process LLC | 07/18/2016 | PAYPAL *AUSTIN 07/18 #000571415 PURCHASE 2211 North First San Jose CA CKCD 6051 5348750002076818 | Professional Fees | Business Advantage Chk (6001) | $ 75.00 |
| Proven Data | 11/14/2017 | | Professional Fees | Chase Business Checking - 0029 | 5,365.50 |
| Proledge | 10/24/2018 | | Professional Fees | Chase Business Checking - 0029 | 691.25 |
| Proledge | 10/25/2018 | | Professional Fees | Chase Business Checking - 0029 | 370.00 |
| Proledge | 11/14/2018 | | Professional Fees | Chase Business Checking - 0029 | 691.25 |
| Professional Civil Process | 08/07/2014 | | Research | Business Advantage Chk (6001) | 81.52 |
| Public Service | 12/05/2014 | CHECKCARD 1204 PUBLIC SERVICE BA HOUSTON TX 55314614338986394888875 CKCD 5812 5348750000770115 | Research | Business Advantage Chk (6001) | 105.77 |
| Public Data | 12/07/2015 | Memo:CHECKCARD 1207 PUBLICDATA.COM 800-839- | Research | Business Advantage Chk (6001) | $ 16.09 |
| Houston City Services | 07/19/2016 | | Research | Business Advantage Chk (6001) | $ 475.00 |
| Houston City Services | 07/20/2016 | | **Research** | Business Advantage Chk (6001) | $ 95.00 |
| Houston City Services | 07/21/2016 | | **Research** | Business Advantage Chk (6001) | $ 105.00 |
| Freedom Court Reporting | 07/20/2016 | | Research | Business Advantage Chk (6001) | $ 745.50 |
| US Legal Support | 12/03/2017 | | Research | Chase Business Checking - 0029 | $ 647.50 |
| US Legal Support | 12/07/2017 | | Research | Chase Business Checking - 0029 | $ 287.50 |
| US Legal Support | 12/13/2017 | | Research | Chase Business Checking - 0029 | $ 236.00 |
| US Legal Support | 12/26/2017 | | Research | Chase Business Checking - 0029 | $ 265.00 |
| US Legal Support | 12/26/2017 | | Research | Chase Business Checking - 0029 | $ 300.00 |
| Discovery Resource | 09/14/2017 | | Research | Chase Business Checking - 0029 | 1,909.95 |
| Intelius.com | 03/01/2017 | | Research | Chase Business Checking - 0029 | 1.97 |
| Intelius.com | 03/01/2017 | | Research | Chase Business Checking - 0029 | 1.98 |
| CornerStone Documents | 03/01/2017 | | Research | Chase Business Checking - 0029 | 628.39 |
| Laser Ink | 12/05/2016 | | Supplies | Chase Business Checking - 0029 | $ 560.03 |
| Office Depot | 09/15/2016 | | Supplies | Business Advantage Chk (6001) | 35.17 |
| Avis Rent a Car | 09/01/2015 | CHECKCARD 0831 AVIS RENT-A-CAR 1 PARSIPPANY | Transcription | Business Advantage Chk (6001) | $ 12.94 |
| Laura Wells | 12/01/2016 | | Transcription | Chase Business Checking - 0029 | $ 91.25 |
| Uber | 07/05/2016 | | Transcription | Business Advantage Chk (6001) | $ 10.00 |
| Crest Printing | 03/14/2017 | | Transcription | Chase Business Checking - 0029 | 103.30 |
| Crest Printing | 03/16/2017 | | Transcription | Chase Business Checking - 0029 | 239.09 |
| Thompson Retuers | 02/06/2017 | | Transcription | Chase Business Checking - 0029 | 1,011.96 |
| Magna Legal Services | 01/27/2017 | | Transcription | Chase Business Checking - 0029 | 612.60 |
| Magna Legal Services | 01/27/2017 | | Transcription | Chase Business Checking - 0029 | 612.60 |
| United Airlines | 06/20/2016 | | Travel | Business Advantage Chk (6001) | $ 20.45 |

$ 46,419.26