IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOEL HOENNINGER, *et al.* | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:14-CV-798-LY |
| | § | |
| | § | |
| LEASING ENTERPRISES, LTD. D/B/A | § | |
| PERRY'S RESTAURANT, LLC | § | |
| | § | |
| Defendant. | § | |

## **JOINT ADVISORY**

In response to the Court's order to confer, Dkt. 278, the parties advise the Court that they have meaningfully conferred regarding their dispute over the amount of fees sought in Plaintiffs' fee application. The parties continue to disagree on the core issue of the reasonable number of hours expended on the litigation. Nonetheless, without waiving its position that Plaintiff's fee application reflects an unusually large number of timekeepers and an unusually large number of hours, Perry's concedes two narrow issues in the spirit of compromise.

First, even though it pointed out in its original response to the Fee Application that a reasonable hourly rate in Austin for an attorney with 20+ years of experience is $400.00, Perry's agrees that the *hourly rates* for all timekeepers reflected in the spreadsheet supporting the Fee Application, Dkt. 249, are reasonable. (To be clear, Perry's makes no concession as to the number of hours they expended, which it contends are unreasonable.)

Second, Perry's agrees that the time expended by Plaintiffs' counsel Charles Sturm from June 1, 2018, through March 27, 2019 (the date of entry of the underlying judgment), Dkt. 246-15, was reasonable.

<div style="display: flex;">
<div>

Respectfully submitted,

**STURM LAW, PLLC**

/s/ *Charles A. Sturm*
Charles A. Sturm
State Bar No. 2400302
712 Main Street, Suite 900
Houston, Texas 77002
Telephone: (713) 955-1800
Facsimile: (713) 955-1078
csturm@sturmlegal.com



   -and-

Howard L. Steele, Jr.
**STEELE LAW GROUP, PLLC**
Telephone: (713) 659-2600
Facsimile: (713) 659-2601

ATTORNEYS FOR PLAINTIFFS

</div>
<div>

Respectfully submitted,

**JACKSON WALKER L.L.P.**

*/s/ Lionel M. Schooler*
LIONEL M. SCHOOLER
(SBN 17803300)
Federal Bar No.726
Houston, Texas77010
(713) 752-4516 (Direct)
(713) 308-4156 (Fax)
E-mail: lschooler@jw.com
MATT DOW (SBN 06066500)
100 Congress St., Suite 1100
Austin, Texas 78701
(512) 236-2230
E-mail: mdow@jw.com

COUNSEL FOR DEFENDANT
PERRY'S RESTAURANTS, LTD

</div>
</div>

CERTIFICATE OF SERVICE

This is to certify that on this 25th day of May 2022, I sent a true and correct copy of the foregoing pleading to all counsel through the Court's ECF system.

*/s/ Charles A. Sturm*